# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 11-1591

_____

Ronald J. Posluns,                                                    *
                                                                      *
                    Appellant,                                        *
                                                                      *
        v.                                                            *
                                                                      *
Education Management Corporation,         *   Appeal from the United States
LLC, a wholly-owned subsidiary of         *   District Court for the
Education Management Holdings,            *   Eastern District of Arkansas.
LLC which is a wholly-owned              *
subsidiary of Education Management       *   [UNPUBLISHED]
Corporation; Argosy Education Group,     *
Inc.; Argosy University; Argosy          *
University Online; Karen Baillie, J.D.;  *
Richard M. Belcastro, Ph.D.; Susan       *
Burgess; Marguerite Chabau, Ph.D.;       *
Teresa Collins-Jones, Ph.D.; Timothy     *
Drake, Ph.D.; Adam Fagelson; Rita        *
Jensen, Ph.D.; Amanda Kimmel;            *
Devitt Kramer, J.D.; Bart Lerner,        *
Ed.D.; John R. McKernan, Jr., J.D.;      *
Todd S. Nelson; Robert A.                *
Niesiobedzki, Ph.D.; Kate Noone;         *
William Nowlin, Ph.D.; John T. South,    *
III; Shelia Sweeney, Ph.D.; Craig        *
Swenson, Ph.D.; Thomas Vonk,             *
Ph.D.; Kathryn J. Tooredman, Ph.D.;      *
John/Jane Does, 1-100,                   *
                                                                      *
                    Appellees.                                        *

_____

Submitted: November 2, 2011
Filed: November 3, 2011
_____

Before MELLOY, BOWMAN, and SHEPHERD, Circuit Judges.
_____

PER CURIAM.

Ronald J. Posluns appeals the district court's[1] order denying his motion to remand and dismissing his removed civil diversity action, and the subsequent summary denial of his numerous post-judgment motions. Upon careful review, we conclude that the district court properly dismissed the case and denied the remand motion for the reasons it stated. We further conclude that Posluns's post-judgment motions were meritless, and that the district court did not err in denying them summarily, see Associated Elec. Coop. v. Mid-America Transp. Co., 931 F.2d 1266, 1273 (8th Cir. 1991) (holding that district court did not err in summarily denying post-judgment motion to alter or amend judgment). Accordingly, we affirm the judgment. See 8th Cir. R. 47B.

_____

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.